# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136338-9

BRIAN POTTER,
        Plaintiff-Appellee,

v

KRISTYN H. MURRY, M.D., and
HURON VALLEY RADIOLOGY, P.C.,
        Defendants-Appellants,

and

ST. JOSEPH MERCY HOSPITAL ANN
ARBOR, d/b/a TRINITY HEALTH-
MICHIGAN, RICHARD C. McLEARY, M.D.,
GARY AUGUSTYN, M.D., ROBERT
DOMEIER, D.O., and EMERGENCY
PHYSICIANS MEDICAL GROUP, P.C.,
        Defendants.
_____/

SC: 136338-9
COA: 262529, 263538
Washtenaw CC: 03-001226-NH

On order of the Court, the application for leave to appeal the March 20, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Potter v Murry* (Docket No. 136336) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2008

0924

                            Clerk